1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8                                  * * *
9   UNITED STATES OF AMERICA,          )        2:17-cr-00286-APG-CWH-1
                                        )
10                  Plaintiff,          )        **ORDER**
                                        )
11  vs.                                 )
                                        )
12  ARMANDO BAZUA,                      )
                                        )
13                  Defendant.          )
    _____ )
14
15        On August 30, 2018, the Court granted defendant's Motion to Replace the Federal Public
16  Defender's Office as Appointed Counsel and Replace with a Contract Attorney (ECF No. 33), as
17  stated on the record.  Accordingly,
18        **IT IS HEREBY ORDERED** that **Shawn Perez** is appointed as counsel for Armando Bazua
19  in place of the Federal Public Defender's Office for all future proceedings.
20        The Federal Public Defender's Office shall forward the file to Mr. Perez forthwith.
          DATED this_____10_____day of September, 2018.
21        *Nunc pro tunc date: September 5, 2018.*
22
23                                              _____
24                                              CARL W. HOFFMAN
                                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28